*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

1  DANIEL FEINBERG – CA State Bar No. 135983
   LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
2  1330 Broadway, Suite 1800
   Oakland, California  94612
3  Telephone: (510) 839-6824
   Facsimile: (510) 839-7839
4  dfeinberg@lewisfeinberg.com

5  AARON KAUFMANN, CA Bar No. 148580
   HINTON, ALFERT & SUMNER
6  1646 N. California Blvd., Suite #600
   Walnut Creek, California 94596
7  Telephone: (925) 932-6006
   Facsimile: (925) 932-3412
8  kaufmann@hinton-law.com

9  THEODORE FRANKLIN, CA Bar No. 168305
   EMILY P. RICH, CA Bar No. 168735
10 WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
11 1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
12 Telephone: (510) 337-1001
   Facsimile: (510) 337-1023
13 Tfranklin@unioncounsel.com
   Erich@unioncounsel.com
14
   Attorneys for Plaintiff
15 BRIAN AIROLDI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN AIROLDI, | ) |
| Plaintiff, | ) Case No. CV 05-04221 JW |
| vs. | ) **JOINT STIPULATION AND** |
| | ) [~~PROPOSED~~] **ORDER TO REMAND** |
| GOTTSCHALKS, INC., | ) **FOR PURPOSES OF SETTLEMENT** |
| Defendant. | ) |

WHEREAS:  Plaintiff Brian Airoldi ("Plaintiff"), on the one hand, and Defendant

Gottschalks Inc. ("Gottschalks"), on the other hand, (collectively "the Parties"), have reached an

agreement to fully and finally resolve the action currently pending in the United States District

1 | Court for the Northern District of California, Case No. CV 05-04221 (JW) ("Action").

2 |   WHEREAS:  Gottschalks contends that this Court possesses subject matter jurisdiction
3 | over Plaintiff's claims because Plaintiff's claims are preempted by the Employee Retirement
4 | Income Security Act of 1974 ("ERISA").  Plaintiff contends that his claims are not preempted by
5 | ERISA.

6 |   WHEREAS:  The Parties seek to ensure that there is no question whether the Court
7 | administering the settlement has jurisdiction over the claim.

8 |   THEREFORE:  The Parties hereby STIPULATE and AGREE to remand the Action to
9 | the Santa Cruz Superior Court for the purpose of the approval and administration of the
10 | settlement.  If the settlement does not become final or the action is not dismissed with prejudice
11 | for any reason, the Parties agree that Plaintiff shall dismiss the Action without prejudice.  The
12 | Parties further agree that in the event the lawsuit is dismissed without prejudice and Plaintiff files
13 | a new lawsuit within thirty days containing claims identical to those contained in the Action, the
14 | statute of limitations for the new lawsuit shall be tolled for the time period from September 8,
15 | 2005, to the filing of the new lawsuit.  The fact that the Parties were willing to stipulate to
16 | remand as part of the Settlement shall have no bearing on, and shall not be admissible in
17 | connection with, the issue of whether any future action should be remanded or shall be heard in a
18 | United States District Court.  Gottschalks expressly reserves the right to remove any future action
19 | to United States District Court and oppose remand of any future action.

20 |   I, Daniel Feinberg, attest, pursuant to General Order No. 45, Rule X, that Charles Barker
21 | concurred in the filing of this document.

22 | IT IS SO STIPULATED:

23 |

24 | DATED: April 14, 2006     LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

25 |          By   /s/ Daniel Feinberg
             DANIEL FEINBERG
26 |
         Attorneys for Plaintiff
27 |

28 |

1 | DATED: April 14, 2006         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

2 | By      /s/ Charles F. Barker
            CHARLES F. BARKER

3

4 | Attorneys for Defendant Gottschalks, Inc.

5     This matter is hereby ORDERED remanded to the Superior Court of the State of
6 California for the County of Santa Cruz.  All case deadlines in the Order Setting Initial Case
7 Management Conference dated October 18, 2005, are hereby taken off calendar.

8

9 | Dated: 04/18/06                    /s/ James Ware

10 |                                    UNITED STATE DISTRICT JUDGE